IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES DIGIACOMO, an individual, and OAK RIVER INSURANCE COMPANY, a Nebraska corporation,<br><br>             Plaintiffs,<br><br>vs.<br><br>O'REILLY AUTO ENTERPRISES, LLC, a Delaware Limited Liability Company,<br><br>             Defendant. | 4:25-CV-3036<br><br>ORDER |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. §§ 455(a) & (b), which set forth the circumstances in which a judge of the United States shall disqualify himself from a proceeding. Circumstances have recently arisen that could implicate the circumstances described in § 455(a), requiring my recusal.

IT IS ORDERED that I recuse myself from this case and that the Clerk shall refer this matter to the Chief Judge for reassignment.

Dated this 18th day of December, 2025.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge