IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES DIGIACOMO, an individual; and OAK RIVER INSURANCE COMPANY, a Nebraska Corporation,<br><br><br><div align="center">Plaintiffs,</div><br>vs.<br><br><br>O'REILLY AUTO ENTERPRISES LLC, a Delaware Limited Liability Company,<br><br><br><div align="center">Defendant.</div> | <div align="center">**4:25CV3036**</div><br><br><div align="center">**FINAL PROGRESSION ORDER (AMENDED)**</div> |

IT IS ORDERED that Defendant's motion to extend, Filing No. 38, is granted. The final progression order, Filing No. 33, is amended as follows:

1)    The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for June 2, 2026 is <u>continued</u> and will be held with the undersigned magistrate judge on **September 29, 2026** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)    The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

|  |  |
|---|---|
| For the plaintiff(s): | Completed. |
| For the defendant(s): | July 15, 2026. |
| Rebuttal: | August 14, 2026. |

<div align="center">1</div>

3)     The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

For the plaintiff(s):          Completed.

For the defendant(s):          August 14, 2026.

Rebuttal:                      September 15, 2026.

4)     The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is September 30, 2026.

5)     The deadline for filing motions to dismiss and motions for summary judgment is October 15, 2026.

6)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 15, 2026.

7)     Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8)     All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 17th day of March, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

2